**Cecil F. BATES et al. v. STATE ex rel. H. H. Clark.**

**1 Div. 870.**

Supreme Court of Alabama.
May 9, 1935.

Harry Seale, of Mobile, for appellants.

C. R. Shannon, of Mobile, for the State.

PER CURIAM.

Appeal dismissed by appellants.

---

**Henry BEAVERS v. STATE.**

**6 Div. 674.**

Supreme Court of Alabama.
May 16, 1935.

A. A. Carmichael, Atty. Gen., for the State.

BOULDIN, Justice.

The indictment charged that appellant, Henry Beavers, with malice aforethought killed Willie Wynn, by shooting him with a pistol. On the trial appellant was convicted of murder in the first degree and his punishment fixed at imprisonment for life.

The appeal is upon the record, without bill of exceptions. No error appearing in the record, the judgment of conviction and sentence will be, and is, in all things affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

---

**BROWN SERVICE FUNERAL CO. v. STATE ex rel. W. C. VICE.**

**6 Div. 796.**

Supreme Court of Alabama.
June 8, 1935.

Hugh A. Locke, of Birmingham, for appellant.

Horace C. Wilkinson, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

---

**Ex parte Mrs. Jacob BURRELL.**

**6 Div. 761.**

Supreme Court of Alabama.
April 25, 1935.

Cora R. Thompson, of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied. Scott v. Shepherd, 215 Ala. 671, 112 So. 137; Nichols v. Snead, 224 Ala. 324, 140 So. 375.

ANDERSON, C. J., and GARDNER, BOULDIN and FOSTER, JJ., concur.